Rejeanne BERNIER, Plaintiff–
Appellant,

and

Hans S. Corteau, Plaintiff,

v.

Jocelyn G. CROTEAU, aka Jessie G.
Croteau; Paul M. King; Royal Elec-
tric, Inc., a California corporation; et
al., Defendants–Appellees.

No. 11–55058.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2013.*

Filed Aug. 5, 2013.

Rejeanne Bernier, San Diego, CA, pro
se.

Douglas Wade Andrews, I, Andrews &
Rhodes LLP, Diamond Bar, CA, Linda
Diane Bartz, Esquire, for Defendants–Ap-
pellees.

Before: ALARCÓN, CLIFTON, and
CALLAHAN, Circuit Judges.

MEMORANDUM **

Rejeanne Bernier appeals pro se from
the district court's order dismissing her 42
U.S.C. § 1983 action against certain defen-
dants with prejudice. We have jurisdic-
tion under 28 U.S.C. § 1291. We review

* The panel unanimously concludes this case is
suitable for decision without oral argument.
See Fed. R.App. P. 34(a)(2).

de novo, *Am. Soccer Co., Inc. v. Score
First Enters.*, 187 F.3d 1108, 1110 (9th
Cir.1999), and we vacate.

On December 1, 2010, Bernier filed a
notice of dismissal pursuant to Federal
Rule of Civil Procedure 41(a)(1)(i). The
filing of the notice of voluntary dismissal
automatically terminated the action,
"leav[ing] no role for the court to play."
*Am. Soccer Co.*, 187 F.3d at 1110. Accord-
ingly, we vacate the district court's order
filed on December 7, 2010 granting the
pending motions to dismiss and dismissing
with prejudice Bernier's claims against the
defendants who had filed those motions
because the filing of the notice of voluntary
dismissal should have resulted in a dis-
missal of the entire action without preju-
dice. *See* Fed. R. CiP. 41(a)(1).

Bernier's request for a stay is denied.

Appellee King and Royal Electric, Inc.'s
request for judicial notice is denied as
unnecessary.

The parties shall bear their own costs on
appeal.

**VACATED.**

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.